IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE ARRINGTON, #142001, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-159-WKW |
| ) | |
| TERRANCE MCDONNELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 12, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED and ADJUDGED as follows:

1. The Recommendation is hereby ADOPTED.

2. Defendant McDonnell's motion for summary judgment is hereby GRANTED, and defendant McDonnell is hereby DISMISSED as a defendant in this action.

3. Defendants Lawrence, Graves and Barrett's motions for summary judgment are hereby GRANTED, and that defendants Lawrence, Graves and Barrett are hereby DISMISSED as defendants in this action.

4. Defendants Bolling and Gilmore's motion for summary judgment is hereby DENIED.

5. This matter is hereby set for a scheduling conference on August 1, 2006, at 10:00 a.m.. The proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference.

6. Officials at the Department of Corrections are DIRECTED to make the plaintiff

available for the telephone conference call.  The Clerk of the Court is DIRECTED to serve a copy of this order on the General Counsel for the Department of Corrections.

    7.    The plaintiff's third Motion for Appointment of Counsel (Doc. # 20), filed on June 12, 2006, is hereby DENIED.

Done this the 15th day of June, 2006

                /s/  W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE